No. 6623. McKenzie v. Texas. Ct. Crim. App. Tex. Period of time for filing brief in support of petition for certiorari hereby extended to July 18, 1971. The Attorney General of Texas is invited to file a responsive brief within 10 days from date of receipt of petitioner's brief. [For earlier order herein, see 402 U. S. 971.]

No. 5049. Aikens v. California. Sup. Ct. Cal. Motion for leave to proceed in forma pauperis granted. Certiorari granted limited to the following question: "Does the imposition and carrying out of the death penalty in this case constitute cruel and unusual punishment in violation of the Eighth and Fourteenth Amendments?"

No. 5025. Schneble v. Florida. Sup. Ct. Fla. Motion for leave to proceed in forma pauperis granted. Certiorari granted limited to the question whether petitioner's conviction was in violation of Bruton v. United States, 391 U. S. 123 (1968).

No. 5059. Furman v. Georgia. Sup. Ct. Ga. Reported below: 225 Ga. 253, 167 S. E. 2d 628;

No. 5133. Jackson v. Georgia. Sup. Ct. Ga. Reported below: 225 Ga. 790, 171 S. E. 2d 501; and

No. 5135. Branch v. Texas. Ct. Crim. App. Tex. Reported below: 447 S. W. 2d 932. Certiorari granted limited to the following question: "Does the imposition and carrying out of the death penalty in [these cases] constitute cruel and unusual punishment in violation of the Eighth and Fourteenth Amendments?"